**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

MICHAEL JOHN RYALL, SR.

VERSUS

NORMANDY VILLAGE APARTMENTS, INC.

CIVIL ACTION

24-507-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated September 3, 2024, to which a *Letter/Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's case shall be dismissed.

Signed in Baton Rouge, Louisiana, on this __18th__ day of September, 2024.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 9.
[2] Rec. Doc. 10.